# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BOBBIE S. CROSS**                                                                 **PLAINTIFF**

v.                             **CASE NO. 4:17-CV-00800 BSM**

**WALGREEN CO., et al.**                                                           **DEFENDANTS**

## ORDER

Plaintiff Bobbie Cross has filed a notice of voluntary dismissal of defendant Bureau D'Electronique Appliquee ("B.E.A."). Doc. No. 32. Accordingly, B.E.A. is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED this 24th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE