# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BOBBIE S. CROSS**                                                                           **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CV-00800 BSM**

**WALGREEN CO., et al.**                                                **DEFENDANTS**

## ORDER

Plaintiff Bobbie S. Cross's motion to voluntarily dismiss [Doc. No. 42] is granted and her lawsuit is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December 2018.

_____
UNITED STATES DISTRICT JUDGE