IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBIE S. CROSS**                                                                 **PLAINTIFF**

v.                         **CASE NO. 4:17-CV-00800 BSM**

**WALGREEN CO., et al.**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December 2018.

_____
UNITED STATES DISTRICT JUDGE